IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| SARAH PEITZ, § | | |
|    *Plaintiff,* § | | |
| § | | |
| v. § | NO. | P:21-CV-00023 |
| § | | |
| REPUBLIC EES, LLC d/b/a § | | |
| REPUBLIC SERVICES ENERGY § | | |
| SERVICES / REPUBLIC ENERGY § | | |
| AND ENVIRONMENTAL SOLUTIONS § | | |
|    *Defendant.* § | | |

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE**

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITHOUT PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(2) and based upon the Plaintiff's Motion to Dismiss Without Prejudice (Doc. 10) filed August 9, 2021.

It is **ORDERED** that the claims in this matter are **DISMISSED WITHOUT PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 10th day of August, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE